# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                    **Crim. No. 4:16-CR-23-1H**

**PIUJUUN WILLIAMS**

On October 17, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision effective April 10, 2019.

Reviewed and approved,                              I declare under penalty of perjury that the foregoing
                                                   is true and correct.


/s/ Jeffrey L. Keller                              /s/ Amir A. Hunter
Jeffrey L. Keller                                  Amir A. Hunter
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                   310 New Bern Avenue, Room 610
                                                   Raleigh, NC 27601-1441
                                                   Phone: 919.861.8663
                                                   Executed On: April 4, 2019


### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision effective April 10, 2019 and that the proceedings in the case be terminated.

Dated this ___8th___ day of ___April___, 2019.


_____
Malcom J. Howard
U.S. District Judge